# Local Rule Notice of and Assignment of Related Case in Appeals

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/19/2015 2:48:38 PM
CHRISTOPHER A. PRINE
Clerk

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

☐ None

☒ Caption:   *Terry Neff, Derivatively on Behalf of Weatherford International Ltd. vs. Nicholas Brady, David J. Butters, William E. Macaulay, Robert B. Millard, Robert K. Moses, Jr., Robert A. Rayne, Bernard J. Duroc-Danner and Bruce M. Martin*

Trial court
case number:   Cause No. 2010-40764

Appellate court
case number:   01-15-00544-CV

_____
[Signature of certifying attorney or pro se party]

06.19.15
_____
[Date]

**Note:** See Local Rules for the definitions of "underlying case," "related," and "previously filed."

## Certificate of Service

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on June 19, 2015, as follows:

James A. Reeder, Jr.
Jeffrey S. Johnston
Stacy M. Neal
Nicholas Shum
Stephanie Miller
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002
jreeder@velaw.com
jjohnston@velaw.com
sneal@velaw.com
nshum@velaw.com
smiller@velaw.com

*Attorneys for Defendants Nicholas F. Brady, David J. Butters, William E. Macaulay, Robert B. Millard, Robert K. Moses, Jr., Robert A. Rayne,*

N. Scott Fletcher
Elizabeth G. Myers
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
832-239-3846 (Telephone)
832-239-3939 (Facsimile)
sfletcher@jonesday.com
egmyers@jonesday.com

*Attorney for Bernard J. Duroc-Danner*

Rebecca N. Brandt
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX 77002
713-546-5400 (Telephone)
713-546-5401 (Facsimile)
rebecca.brandt@lw.com

Peter A. Wald
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-395-8006 (Telephone)
415-395-8095 (Facsimile)
peter.wald@lw.com

Kevin H. Metz
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
202-637-2200 (Telephone)
202-637-2201 (Facsimile)
kevin.metz@lw.com

*Attorneys for Nominal Defendant Weatherford International PLC*

Noelle M. Reed
Charles W. Schwartz
Daniel E. Bolia
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
713-655-5122 (Telephone)
713-483-9122 (Facsimile)
noelle.reed@skadden.com
charles.schwartz@skadden.com
daniel.bolia@skadden.com

Robert S. Bennett
Ellen Kennedy
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
202-637-5600 (Telephone)
202-637-5910 (Facsimile)
robert.bennett@hoganlovells.com
ellen.kennedy@hoganlovells.com

*Attorneys for Burt M. Martin*

_____
[Signature of certifying attorney or pro se party]

06·19·15
_____
[Date]

**NOTES:** Pursuant to Texas Rule of Appellate Procedure 6.3, a party's lead counsel must be served. Service on other attorneys for that party is optional, but must be listed above if they are served. Pursuant to Texas Rule of Appellate Procedure 52.7(c), the record must be served on each party in an original proceeding, including a respondent trial judge.